UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:15-cr-77-T-24MAP

NOEL NORATO-PEREZ

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture for the following assets located at 913 33rd Avenue, Bradenton, Florida, on December 11, 2014:

    a.    A Hi-Point, model JCP .40 caliber semi-automatic pistol, Serial Number 728794, and a magazine with rounds of ammunition; and

    b.    A KBI Inc., 9mm semi-automatic pistol, Serial Number B84152, with two magazines and rounds of ammunition.

Being fully advised of the relevant facts, the Court hereby finds that, as the defendant has agreed, the firearms, magazines, and ammunition were used to commit and to facilitate the drug trafficking conspiracy to which he pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States - motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 22 day of June, 2015.

_____
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Copies to:
Holly L. Gershow, AUSA
Counsel of Record

2